UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 14-190 (KBJ)** |
| | : | |
| **ROMAINE DIXON,** | : | |
| **ALOZIE ONUOHA** | : | |
| **SHEKA FREDRICK KARGBO** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Assistant United States Attorney George Eliopoulos is entering his appearance as counsel for the government in the above-captioned case. Mr. Eliopoulos' contact information is provided below.

                        Respectfully submitted,

                        RONALD C. MACHEN JR.
                        United States Attorney
                        Bar No. 447-889

By:      /S/
            GEORGE ELIOPOULOS
            Assistant United States Attorney
            Bar No. 390-601
            555 4th Street, N.W.
            Washington, D.C. 20530
            202-252-6957
            george.p.eliopoulos@usdoj.gov