# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 14-cr-0190 (KBJ) |
| ROMAINE DIXON, *et al.*, | ) ) | **Next Status Date:  11/14/2014** |
| Defendants. | ) ) ) | |

## ORDER

Defendants Romaine Dixon, Alozie Onuoha, and Sheka Fredrick Kargbo, their counsel, and government counsel appeared before this Court for a status conference on October 14, 2014.  During the conference, the parties represented that they required additional time to further develop their case and to allow Defendant Kargbo to engage in pretrial discovery.  Based upon those representations, the Court set the next status conference for November 14, 2014.  In addition, for the reasons stated on the record in open court, and with the agreement of these parties, the Court found good cause to toll the Speedy Trial Act between October 14, 2014, and November, 2014.  Therefore, it is hereby

**ORDERED** that the period from October 14, 2014, through November 14, 2014, inclusive, is excluded from the Speedy Trial calculation.  This tolling serves the ends of justice, and taking such action outweighs the best interests of the public and the Defendants in a speedy trial.

Date:  October 14, 2014

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge